ANDREW LEWIS, PLAINTIFF, v. JAMES FELZ AND
CHARLES LOESSIG, DEFENDANTS.

Submitted October 16, 1931—Decided December 22, 1931.

Before Justices CAMPBELL, LLOYD and BODINE.

For the plaintiff, *Harry Spitzer*.

For the defendant, *John C. Stockel*.

PER CURIAM.

Our examination of the evidence leads us to the conclusion
that the verdict was supported by the clear weight of evidence. The damages, however, seem excessive, and unless the
plaintiff consents to a reduction of his judgment to the sum
of $2,400, a rule absolute for a new trial will be entered.
Otherwise the rule will be discharged.